**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1462**

---

RUDOLPH S. PAPESH,

                                        Plaintiff - Appellant,

        versus

AMERICAN NATIONAL CAN COMPANY; UNITED STEEL-
WORKERS OF AMERICA, AFL-CIO LOCAL 6660,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-93-523-WMN)

---

Submitted:  September 30, 1997      Decided:  November 4, 1997

---

Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rudolph S. Papesh, Appellant Pro Se.  Mary T. Keating, Baltimore,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to American National Can Company, dismissing his claims against the union, and denying various other motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Papesh v. American Nat'l Can Co.</u>, No. CA-93-523-WMN (D. Md. Mar. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>